NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing, erroneously sued as NewRez LLC dba Shellpoint Mortgage Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| TRP FUND IV, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NEWREZ LLC dba Shellpoint Mortgage Corporation, a Delaware limited liability company registered with the Nevada Secretary of State; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES individuals I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00327-GMN-DJA<br><br>**STIPULATION AND ORDER TO REMAND** |

. . .

. . .

. . .

. . .

62324720;1

NewRez LLC dba Shellpoint Mortgage Servicing, erroneously sued as NewRez LLC dba Shellpoint Mortgage Corporation, Quality Loan Service Corporation, and TRP Fund IV, LLC (collectively, the parties) jointly stipulate and request that this action be remanded to the Eighth Judicial District Court, Clark County, Nevada. Following removal, TRP Fund IV confirmed that it has members in California, rendering this action non-diverse as such removal was inappropriate and remand is necessary.

Each party shall bear their own fees and costs related to the removal.

DATED March 8, 2022.

| **THE WRIGHT LAW GROUP, P.C.** | **AKERMAN LLP** |
|---|---|
| By: /s/ *John Henry Wright*<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br><br>*Attorneys for TRP Fund IV, LLC* | By: /s/ *Nicholas E. Belay*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys NewRez LLC dba Shellpoint Mortgage Servicing, erroneously sued as NewRez LLC dba Shellpoint Mortgage Corporation* |
| **MCCARTHY & HOLTHUS, LLP**<br><br>By: /s/ *Matthew P. Pawlowski*<br>KRISTIN A. SCHULER-HINTZ, ESQ.<br>Nevada Bar No. 7171<br>MATTHEW P. PAWLOWSKI, ESQ.<br>Nevada Bar No. 9889<br>9510 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Quality Loan Service Corporation* | |

**IT IS SO ORDERED.**

Dated this __8__ day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

62324720;1